# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Melody Ozkan
                          Plaintiff,

v.                                           Case No.: 1:25−cv−08234
                                                   Honorable Matthew F. Kennelly

Gerard Moorer, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 6, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status and motion hearings were held on 10/6/2025. Defendant Gerard Moorer appeared for the hearing. Counsel for the plaintiff and defendant Tumia Romero also appeared. Defendant Gerard Moorer stated that he is in the process of hiring an attorney. Plaintiff's motion for default judgment is granted as to defendants Herman Burnett and Raymond Landingham [14] is granted. The motion for default judgment is entered and continued as to defendant Gerard Moorer. Defendant Moorer's response to the complaint is due 11/6/2025. Defendant Tumia Romero's motion to set aside default [15] is granted. The case is set for a telephonic status hearing on 11/19/2025 at 9:00 a.m. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.